UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARNOLD PEOPLES and J.P., by her father and next friend, ARNOLD PEOPLES,<br><br>Plaintiff,<br><br>vs.<br><br>OSWEGO COMMUNITY SCHOOL DISTRICT, DINAH MEYERS, TIFFANI SIMMONS, CHRISTINE NELSON, AND ALEX GONZALEZ.<br><br>Defendant. | No: I:19 –cv– 00568<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Young B. Kim |

## AGREED CONFIDENTIALITY ORDER GOVERNING ALL DOCUMENT DISCLOSURES MADE BY KENDALL COUNTY GOVERNMENT ENTITIES

All parties, understanding the sensitive nature of this action and the privacy interests surrounding all documents and materials produced in response to subpoenas served on various Kendall County, Illinois Government Entities, including, but not limited to the Kendall County State's Attorney's Office, the Kendall County's Children's Advocacy Center, and the Kendall County Sheriff's Office ("Kendall County Government Entities"), agree to the following:

1. Parties affirm their consent to the disclosure by Kendall County Government Entities of all material previously disclosed pursuant to

subpoenas issued in the above-captioned matter to Kendall County Government Entities.

2. Parties agree that all material disclosed by Kendall County Government Entities, pursuant to subpoenas in this matter should be designated "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" in accordance with the Confidentiality Order entered on July 7, 2020, and shall be governed by the Confidentiality Order.

3. Parties agree that all subsequent disclosures of the material disclosed by Kendall County Government Entities will comply with all applicable Illinois statutes protecting confidential information, including, but not limited to: The Abused & Neglected Child Reporting Act, 325 ILCS 5/1 et. seq.; The Children's Advocacy Center Act, 55 ILCS 80/1 et. seq., The Juvenile Court Act of 1987, 705 ILCS 405/1-1 et. seq.; and The Mental Health & Developmental Disabilities Confidentiality Act 740 ILCS 110/1 et. seq.

4. This order shall take effect when entered by the court.

So Ordered.

Dated:_____                    _____
                                  Magistrate Judge Young B. Kim